**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REGINA FORD, An Individual | ) CASE NO. **2:18-cv-00022-JCM-CWH** |
| Plaintiff, | ) |
| vs. | ) |
| CAESARS ENTERPRISES SERVICES, LLC, a Foreign Limited Liability Company, DOES I -X; ROE CORPORATIONS I –X. | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S OPPOSITION TO THE MOTION TO AMEND THE COMPLAINT
## (FIRST REQUEST)

COMES NOW, the Plaintiff, REGINA FORD ("Regina"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, CAESARS ENTERPRISES SERVICES, LLC, A Foreign Limited Liability Company, ("Caesars"), by and through its attorney, SANDRA KETNER, ESQ., of LITTLER MENDELSON, P.C. and hereby stipulate and agree as follows:

1.      That the Reply to the Defendant's Opposition to the Motion to Amend the Complaint that is due on July 16th, 2018, will now be due on July 18th, 2018.

1     2.  This request for an extension of time is made in good faith and not for purpose of

2 delay. The request is due to a scheduling conflict in Plaintiff's counsel's schedule. This is the

3 first request for an extension of time with respect to the Reply brief associated with

4 Defendant's Opposition.

5

6

7 Dated this ___16th___ day of July, 2018.       Dated this ___16th__ day of July, 2018.

8 **HKM Employment Attorneys LLP**      **Littler Mendelson P.C.**

9

10 */s/ Jenny L. Foley*               */s/ Sandra Ketner*
Jenny L. Foley, Ph.D., Esq.         Sandra Ketner, Esq.

11 Nevada Bar No. 9017             Nevada Bar No. 8527
1785 East Sahara Ave., Suite 325     200 S. Virginia Street,

12 Las Vegas, Nevada 89104         8th Floor

13                                         Reno, Nevada 89501

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court having reviewed the foregoing STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S OPPOSITION TO THE MOTION TO AMEND THE COMPLAINT in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Reply to Defendant's Opposition to the Motion to Amend the Complaint shall be due on July 18th, 2018;

Dated: July 17, 2018
_____

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**


_____/s/ Jenny L. Foley_____
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*