**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINA FORD, An Individual | CASE NO. **2:18-cv-00022-JCM-CWH** |
| Plaintiff, | |
| vs. | |
| CAESARS ENTERPRISE SERVICES, LLC, a Foreign Limited Liability Company, DOES I-X; ROE CORPORATIONS I-X. | |
| Defendants. | |

## **STIPULATION AND ORDER TO STAY LITIGATION**

COMES NOW, the Plaintiff, REGINA FORD ("FORD"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, CAESARS ENTERPRISE SERVICES, LLC ("DEFENDANT"), by and through its attorney, SANDRA KETNER, ESQ., of LITTLER MENDELSON, P.C. and hereby stipulates and agrees as follows:

1. That the Litigation in the above referenced case be stayed until February 28, 2019. The reason for the stay is that the Plaintiff is currently expecting and is considered a high risk patient.


2. The parties' stipulation for a stay is not intended to have any effect on the Court's orderly review and disposition of Plaintiff's Motion for Leave to Amend First Amended Complaint (ECF No. 15), Defendant's Motion for Summary Judgment (ECF No. 16), or any other motions that may be filed by either party during the stay.

Dated this 27th day of July, 2018.                Dated this 27th day of July, 2018.

**HKM Employment Attorneys LLP**                **Littler Mendelson, P.C.**

*/s/ Jenny L. Foley*                              */s/ Sandra Ketner*

Jenny L. Foley, Ph.D., Esq.                       Sandra Ketner, Esq.
Nevada Bar No. 9017                               Nevada Bar No. 8527
1785 East Sahara Ave., Suite 325                  200 S. Virginia Street,
Las Vegas, Nevada 89104                           8th Floor
                                                  Reno, Nevada 89501

# **ORDER**

The Court having reviewed the foregoing STIPULATION AND ORDER TO STAY LITIGATION in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Litigation in the above referenced case stay until February 28, 2019 unless otherwise deemed sooner by Plaintiff and Defense counsel.

**IT IS SO ORDERED** The parties' stipulation for a stay is not intended to have any effect on the Court's orderly review and disposition of Plaintiff's Motion for Leave to Amend First Amended Complaint (ECF No. 15), Defendant's Motion for Summary Judgment (ECF No. 16), or any other motions that may be filed by either party during the stay.

Dated: July 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*