**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINA FORD, An Individual ) | CASE NO. **2:18-cv-00022-JCM-CWH** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CAESARS ENTERPRISES SERVICES, ) | |
| LLC, a Foreign Limited Liability Company, ) | |
| DOES I -X; ROE CORPORATIONS I –X. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SANCTIONS
### (FIRST REQUEST)

COMES NOW, the Plaintiff, REGINA FORD ("Regina"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, CAESARS ENTERPRISES SERVICES, LLC, A Foreign Limited Liability Company, ("Caesars"), by and through their attorney, SANDRA KETNER, ESQ., of LITTLER MENDELSON, P.C. and hereby stipulate and agree as follows:

1. That the Reply to Defendants' Motion for Sanctions that is due on August 22nd, 2018, will now be due on August 27th, 2018.

2. This request for an extension of time is made in good faith and not for purpose of

delay. The request is due to a family emergency for Plaintiff's counsel. This is the first request for an extension of time with respect to the Opposition and Reply briefs associated with Defendants' Opposition.

Dated this 21st day of August, 2018.  Dated this 21st day of August, 2018.

**HKM Employment Attorneys LLP**  **Littler Mendelson P.C.**

/s/ *Jenny Foley*  /s/ *Sandra Ketner*
Jenny L. Foley, Ph.D., Esq.  Sandra Ketner, Esq.
Nevada Bar No. 9017  Nevada Bar No. 8527
1785 East Sahara Ave., Suite 325  200 S. Virginia Street,
Las Vegas, Nevada 89104  8th Floor
  Reno, Nevada 89501

**ORDER**

The Court having reviewed the foregoing STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SANCTIONS in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Reply to Defendants' Motion for Sanctions shall be due on August 27th, 2018.

Dated: August 23, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*