**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINA FORD, An Individual ) | CASE NO. **2:18-cv-00022-JCM-CWH** |
| Plaintiff, ) | |
| vs. ) | |
| CAESARS ENTERPRISES SERVICES, ) LLC, a Foreign Limited Liability Company, ) DOES I -X; ROE CORPORATIONS I –X. ) | |
| Defendants. ) | |

### STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS
### (SECOND REQUEST)

COMES NOW, the Plaintiff, REGINA FORD ("Regina"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, CAESARS ENTERPRISES SERVICES, LLC, A Foreign Limited Liability Company, ("Caesars"), by and through their attorney, SANDRA KETNER, ESQ., of LITTLER MENDELSON, P.C., and hereby stipulate and agree as follows:

1. That the Opposition to Defendant's Motion for Sanctions that is due on August 27th, 2018, will now be due on August 31st, 2018.

2. That Caesars' Reply in Support of its Motion for Sanctions shall be due on September 14, 2018.

3. This request for an extension of time is made in good faith and not for purpose of delay. This is the second request for an extension of time with respect to the Opposition to Defendant's Motion for Sanctions and the first request for an extension of time with respect to Caesars' Reply in Support of its Motion for Sanctions.

Dated this 28th day of August, 2018.   Dated this 28th day of August, 2018.

**HKM Employment Attorneys LLP**   **Littler Mendelson P.C.**

/s/ Jenny Foley   /s/ Sandra Ketner
Jenny L. Foley, Ph.D., Esq.   Sandra Ketner, Esq.
Nevada Bar No. 9017   Nevada Bar No. 8527
1785 East Sahara Ave., Suite 325   200 S. Virginia Street,
Las Vegas, Nevada 89104   8th Floor
   Reno, Nevada 89501

# **ORDER**

The Court having reviewed the foregoing STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SANCTIONS in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Opposition to Defendant's Motion for Sanctions shall be due on August 31st, 2018.

**IT IS SO ORDERED** that the Reply in Support of Defendant's Motion for Sanctions shall be due on September 14th, 2018.

Dated: August 29, 2018

UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ *Jenny L. Foley*
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*