PATRICK H. HICKS, ESQ., Bar # 4632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: phicks@littler.com
Email: sketner@littler.com

Attorneys for Defendant/Counterclaimant
CAESARS ENTERPRISE SERVICES, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REGINA FORD, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>CAESARS ENTERPRISE SERVICES, LLC, a Foreign Limited Liability Company, DOES I-X; ROE CORPORATIONS I-X.<br><br>Defendants.<br><br>CAESARS ENTERPRISE SERVICES, LLC, a Foreign Limited Liability Company,<br><br>Counterclaimant,<br><br>vs.<br><br>REGINA FORD, an individual,<br><br>Counter-Defendant. | Case No. 2:18-00022-JCM-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
702.862.8800

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

Dated: January 15, 2019　　　　　　　　　　　Dated: January 15, 2019

/s/Jenny L. Foley
JENNY L. FOLEY, Ph.D., ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

Attorneys for Plaintiff/Counter-Defendant
REGINA FORD

/s/Sandra Ketner
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant/Counterclaimant
CAESARS ENTERPRISE SERVICES, LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated January 16, 2019.

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169
702.862.8800

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is 200 S. Virginia Street, 8th Floor, Reno, Nevada 89501.1944.  On January 15, 2019, I served the within document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Jenny L. Foley, Ph.D., Esq.
HKM Employment Attorneys LLP
1785 East Sahara Avenue
Suite 325
Las Vegas, NV 89104

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service.  Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2019, at Reno, Nevada.

/s/Esperansa Reinold
ESPERANSA REINOLD

Firmwide:155055679.1 083558.1237

3.